# United States District Court

_So._ DISTRICT OF _Fla._

THOMAS O. KETCHAM

V.

Soc. Sec. Adm.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-6189 CIV-MOORE**

TO: (Name and address of defendant)

Soc. Security Regional Office
Jamaica, Queens, N.Y.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas O. Ketcham
3040 N.W. 6 St
Ft. Laud. Fl. 33309

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE 2/07/00

2
BR