# United States District Court

DISTRICT OF **So.** **Fla.**

00 FEB -7 AM 11:55

THOMAS O. KETCHAM

V.

Soc. Sec. Adm.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-6189 CIV MOORE**

TO: (Name and address of defendant)

U.S. ATTORNEY
FOR SOUTHERN DISTRICT OF FLORIDA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS O. KETCHAM
3040 N.W. 68 ST
FT. LAUD FL 33309

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE 2/07/00