IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6189-CIV-MOORE

THOMAS O. KETCHAM,

    Plaintiff,

vs.

**ORDER OF REFERENCE
TO MAGISTRATE**

SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge John J. O'Sullivan to take all necessary and proper action as required by law with respect to any and all **PRETRIAL** matters.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of February, 2000.

K/ MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
Thomas O. Ketcham, Pro Se
United States Magistrate Judge
    John J. O'Sullivan

