APR. 13, 2000
00-6189 cv kmm

To whom it may concern,

Having fully complied to the best of my ability with all instructions given me, I am now wishing to file a motion to get some acknowledgment from the respective federal agencies to answer my civil complaint. The case # 00-6189 on file with the federal court on Feb. 7, 2000 has been completely ignored by all three agencie's - most notably the defendant agency:

① Social Security Adm. Regional Office
   1 Jamaica Plaza
   Jamaica, N.Y. 11432-3898

Secondary Agencies

① U.S. Atty. Gen.
   950 Pennsylvania Ave N.W.
   Wash. D.C. 20530

② U.S. Atty Southern Dist.
   500 E. Broward Blvd
   Ft. Laud. Fl. 33394

FILED by _____ D.C.
INTAKE
APR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The above named have failed to comply within the time frame to answer my allegations. If I, as a citizen, were to ignore the summons presented to them as per mail service - fully documentable, I am sure I would not be able to get away with it. It just

GOES TO PROVE MY POINT, PARTICULARLY SOC. SEC. OFFICE THAT BECAUSE THEY REPRESENT THE GOVERNMENT — THAT THE PERSONS HANDLING MY CASE SOMEHOW THINK THEY ARE ABOVE THE LAW. AT THIS TIME, I AM ASKING THE COURT TO INTERVENE AND RESOLVE THIS CASE. THANK YOU.

MOST RESPECTFULLY
*Thomas O. Ketcha*
3040 N.W. 68 ST
FT. LAUD. FL.
33309
(954) 970-7120 HOME
(954) 767-7939 BROWARD BEEPER

S.S. 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