UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

THOMAS O. KETCHAM, )
)
    Plaintiff, )
)
v. )
)
KENNETH S. APFEL, )
Commissioner of )
Social Security, )
)
    Defendant. )
_____)

FILED by ___ D.C.
MAG. SEC.
APR 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

THIS CAUSE came before the Court upon Defendant's Motion for Enlargement of Time requesting until May 23, 2000, to file the Answer to the Complaint.

The Court having read and considered the Motion, and being otherwise fully apprized in the matter, hereby GRANTS Defendant's motion. Defendant shall have thirty (30) days, up to and including May 23, 2000, to file their Answer to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of April, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc:    Kirk Ogrosky, AUSA
       Thomas D. Ketcham

4