S. DIST. FL. CASE

I have recieved a notice from the court whereby the defendant has asked for and been granted a continuance until May 23, 2000. I should like to call to the courts attention that they chose to ignore the time frame set in the filing of this case. There is already a 60 day provision extended to government entities, unlike the 20 days that civilians are allowed, so I feel that there is no justification in allowing the extension. I should like to state to the court that the cause of my arguement of the mis-handling of a relatively simple matter has been on-going by the Social Security Adm. for the last twenty six months. Also regarding Justice Dept not being able to contact me as per #5 page 2 of the extension motion. I should like to call the courts attention to the enclosed letter from them on my last motion. I phoned on Apr. 11th around 3 P.M. and talked to a Ms. Linda Sheran. I gave her my social security number — phone number & beeper number I even asked her read them back to me for accuracy which she did. The court has a copy of this letter. I cannot understand how they can state that they can't reach me. I cannot see where there is any justification in there needing more time. They recieved summons on Feb. 9, 10, & 15th respectively as per certified mail reciepts. Thank you.

Most respectfully
Thomas O. Kutcher

...orney generally relies upon the Social Security Administration to provide the information necessary to properly determine the Commissioner's position..

4) The defendant does not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice plaintiff.

5) **The defendant has not been able to contact the plaintiff.**

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this motion be granted.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
KIRK OGROSKY
Assistant U.S. Attorney
Court No. A5500479
United States Attorney's Office
99 NE 4th Street, Third Floor
Miami, Florida 33132
Tel:   (305) 961-9401
Fax:   (305) 530-7139

---

THE COURT HAS A COPY OF APRIL 10 JUSTICE DEPT. LETTER WITH MY LAST FILE OF MOTION BY CERTIFIED MAIL. I ANSWERED THEIR LETTER BY PHONE ON DATE OF RECIEPT. TALKED TO MS LINDA SHERAN AND GAVE CLEARLY MY HOME PHONE - WORK BEEPER + SOC. SEC. NUMBERS. NO ONE EVER CONTACTED ME SINCE.

X- D Kutch