UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

THOMAS O. KETCHAM,

    Plaintiff,

v.

KENNETH S. APFEL,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

This matter is before the Court on the plaintiff's Motion to Compel the Defendant's Response to the Complaint (DE # 8, 4/21/00). Having reviewed the applicable pleadings and law, it is

ORDERED AND ADJUDGED, that the plaintiff's Motion to Compel the Defendant's Response to the Complaint (DE # 8, 4/21/00) is DENIED as moot. The undersigned issued an Order on April 25, 2000 granting the Defendant's Motion for Enlargement of Time (DE # 7, 4/21/00), allowing the defendant until May 23, 2000 to file a responsive pleading to the plaintiff's complaint.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 26 day of April, 2000.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

District Court Judge Moore

Kirk Ogrosky, AUSA
99 NE 4th St.
Miami, FL 33132

Thomas Ketcham, Pro Se
3040 NW 68th Street
Ft. Lauderdale, FL 33309