UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

THOMAS O. KETCHAM,            )
                              )
    Plaintiff,                )
                              )
v.                            )
                              )
KENNETH S. APFEL,             )
Commissioner of               )
Social Security,              )
                              )
    Defendant.                )
_____)

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

The defendant, Kenneth S. Apfel, Commissioner of Social Security, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, respectfully moves this Court for a fifteen (15) day enlargement of time, up to and including June 6, 2000, in which to answer Plaintiff's Complaint. In support of this motion, defendant submits the following:

    1)    Defendant's answer to Plaintiff's Complaint is due before the Court on May 23, 2000.

    2)    The defendant states that additional time is needed to prepare this answer.

    3)    A fifteen (15) day enlargement of time is being requested due to the fact that the Defendant needs time in which to collect the record in order to prepare the brief. Undersigned counsel for defendant has not received the transcript of record from the Social Security Administration that is relevant and necessary to respond to the Motion. The Assistant United States



Attorney generally relies upon the Social Security Administration to provide the information necessary to properly determine the Commissioner's position..

4) The defendant does not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice plaintiff.

5) The defendant has not been able to contact the plaintiff.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this motion be granted.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
KIRK OGROSKY
Assistant U.S. Attorney
Court No. A5500479
United States Attorney's Office
99 NE 4th Street, Third Floor
Miami, Florida 33132
Tel: (305) 961-9401
Fax: (305) 530-7139

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of May, 2000, to:

Thomas D. Ketcham
3040 NW 68th Street
Ft. Lauderdale, Florida 33309

_____
KIRK OGROSKY
Assistant United States Attorney