UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

THOMAS O. KETCHAM,

    Plaintiff,

v.

KENNETH S. APFEL,
Commissioner of Social Security,

    Defendant.
_____/



FILED by BV D.C.
MAG. SEC.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

This matter is before the Court on the Defendant's Motion for Enlargement of Time (DE# 12, 5/22/00). Having reviewed the applicable pleadings and law, it is

ORDERED AND ADJUDGED, that Defendants' Motion for Enlargement of Time is GRANTED. The defendant shall file their Answer to Plaintiff's Complaint on or before June 6, 2000.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 24 day of May, 2000.

                            JOHN J. O'SULLIVAN
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

District Court Judge Moore

Kirk Ogrosky, AUSA
99 NE 4th St.
Miami, FL 33132

Thomas Ketcham, Pro Se
3040 NW 68th Street
Ft. Lauderdale, FL 33309