UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

```
FILED by _GW_ D.C.
MAG. SEC.
JUN 0 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI
```

THOMAS O. KETCHAM,

    Plaintiff,

v.

KENNETH S. APFEL,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ON INITIAL INSTRUCTION TO PRO SE LITIGANT

THIS MATTER came before the Court *sua sponte*. At the outset of a *pro se* case, it is essential that the *pro se* litigant understand certain procedural information. It is therefore

ORDERED as follows:

1. No letters may be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning the case. All letters will be ignored. A *pro se* litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document ordered by the Court, but no letters will receive a response.

2. A *pro se* litigant and his or her family, friends or acquaintances must not call any Judge's office for any reason. No information about the case may be obtained from the Judge's office. Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, *pro se* or otherwise.

3. A *pro se* litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. A copy must be sent to counsel for the opposing side, or the opposing side if the opposing side is not represented by counsel, and the notice shall include a certificate of service indication that a copy has been sent to counsel for the opposing side or to the opposing side. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

4. A *pro se* litigant must also send opposing counsel copies of any pleadings, motions, memorandums or papers filed with the Court.

5. A *pro se* litigant must also comply with the Local Rules for the Southern District of Florida when making any filings with the Court. A copy of the Rules may be obtained from the Clerk's Office.

DONE AND ORDERED, this __8__ day of June, 2000.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

District Court Judge Moore

Kirk Ogrosky, AUSA
99 NE 4th St.
Miami, FL 33132

Thomas Ketcham, Pro Se

3040 NW 68th Street
Ft. Lauderdale, FL 33309