UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

THOMAS O. KETCHAM,

    Plaintiff,

v.

KENNETH S. APFEL,
Commissioner of Social Security,

    Defendant.
_____/



## ORDER

This matter is before the Court on the "Defendant's Brief in Support of its Motion to Dismiss Plaintiff's Complaint" (DE# 14, 6/6/00). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default.** (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiff shall file a response to the "Defendant's Brief in Support of its Motion to Dismiss Plaintiff's Complaint" (DE# 14, 6/6/00) on or before July 17, 2000. Failure of the plaintiff to file a response to the aforementioned motion may result in the dismissal of the plaintiff's complaint.

DONE AND ORDERED, in Chambers, at Miami, Florida this _1_ day of July, 2000.

    JOHN J. O'SULLIVAN
    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

District Court Judge Moore

Kirk Ogrosky, AUSA
99 NE 4th St.
Miami, FL 33132

Thomas Ketcham, Pro Se
3040 NW 68th Street
Ft. Lauderdale, FL 33309