(REL 17)   JUNE 13", 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

THOMAS O. KETCHAM,

    Plaintiff,

v.

KENNETH S. APFEL,
Commissioner of Social Security,

    Defendant.
_____/

## PLAINTIFF'S BRIEF IN SUPPORT OF MY MOTION TO DENY DEFENDANTS MOTION TO DIS-MISS COMPLAINT

DEFENDANT REQUESTS DISMISSAL CITING PLAINTIFF'S NOT HAVING FILED HIS APPEAL FOR CHANGING METHOD OF RE-PAYMENT AGREED UPON AT ALJ HEARING WITHIN THE ALLOWED TIME FRAME. IN POINT OF FACT, I FILED MY APPEAL ON APRIL 28, 1999 IN THE DELRAY BCH. OFFICE OF THE S.S. ADM. IN PERSON. I THINK IT CAN EASILY BE VERIFIED ON THIER COMPUTER ON THE BUSINESS TRANSACTION AT THAT TIME. I WOULD FURTHER STATE THAT A VERY CREDIBLE WITNESS - NAMELY CONG. R. WEXLER'S AIDE - MS. JILL BENSON CAN ATTEST TO MY ACTIONS IN THIS TIME PERIOD.

    CONSEQUENTLY, I FEEL I HAVE COMPLIED WITH ALL THE STEPS FOR APPEAL AS REQUIRED. I HAVE BEEN IGNORED FOR THE PAST TWENTY-NINE MONTHS AND I FEEL THE COURT IS RELEVANT TO HEAR THIS CASE AND DOES HAVE JURISDICTION.

    COPY ATTACHED OF APPEAL FILED ON APR. 28, 1999 SHORTLY AFTER ADMINSTRATIVE HEARING IN FT. LAUD. COURT JUDGE MILLER PRESIDED.

    FOR ABOVE REASONS STATES, I AM ASKING THE COURT TO DENY DIS-MISSAL.

most respectfully
Thomas O. Ketcham
3040 N.W. 6th St
Ft. Laud. Fl 33309

COPY TO
U.S. ATTY'S OFFICE
MIAMI, FL.

17/K

July 11, 2000

To Whom It May Concern,

It seems that the court did not receive my letter with brief in the support of my motion (copy of which were sent to the attention of the U.S. Attorney Generals office on the same date). I am taking the liberty to re-submit the same paperwork - this time by certified mail - copy again to U.S. Atty. I trust this will conform to the law within the allotted time frame. I am most anxious to resolve the problems caused to me by the defendant agency. I am not a lawyer - truly wish I could get one to represent me - but cannot get legal assistance.

S.S. 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
ne (954) 970-7120

Most respectfully
Thomas O. Ketcham
3040 N.W. 68 St.
Ft. Laud, Fl. 33309

(THIS APPEAL WAS PLACED IN PERSON
IN S.S.A. DELRAY OFFICE ON THIS DATE
WELL WITH-IN TIME FRAME)

APR. 28, 1999

I AM REQUESTING AN APPEAL TO YOUR DECISION MAKING LETTER DATED APRIL
    WITH REGARD TO MY RE-PAYMENT OF THE ALLEGED OVER-PAYMENT OF
DUE TO SUPPOSED ESTIMATED EARNINGS OF 1997 — OF WHICH I CAN PROVE TWO LETTERS — ONE STATING 13,500 THE OTHER STATING 18,000 — WHICH IN REALITY IS LUDICROUS BECAUSE ON APPLYING FOR BENEFITS IN 1995 I DECLARED ESTIMATED 20,000 — VERY FEW PEOPLE GET LESS PAY WITH SENORITY — GENERAL TENDENCY TO EARN MORE — NOT LESS.

    AT THIS POINT I AM NOT IN GOOD FINANCIAL STANDING - PROBABLY BECAUSE YOUR AGENCY WITH-HELD MY BENEFITS FOR 1998 MAR-APR-NOV-DEC-1999 JAN FEB MAR APR. PLUS ALLEGED ARREARS ON MEDICAID PAYMENTS. I AM PREPARED TO REPAY AT THE RATE OF THIRTY DOLLARS PER MONTHS AS PER SUPPOSED PHONE CONVERSATION NOV. 6TH WITH MRS. DEWITT — SUNRISE OFFICE.
I AM ALSO REQUESTING YOUR ASSIST-ANCE TO OBTAIN COUNSEL.
#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

3040 N.W. 64 ST
FT. LAUD, FL. 33309