IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6189-CIV-MOORE

THOMAS O. KETHAM,
    Plaintiff,

vs.

KENNETH S. APFEL,
    Defendant.

FILED by _MM_ D.C.
AUG 8 2000
CLARENCE MADDOX
CLFR. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss (DE # 14).

THE MATTER was referred to the Honorable John J. O'Sullivan, United States Magistrate. A Report and Recommendation has been filed, recommending that Defendant's Motion to Dismiss be granted.

Accordingly, after a *de novo* review of the record herein, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that United States Magistrate Judge O'Sullivan's Report and Recommendation be, and the same is, hereby ADOPTED in its entirety.

FURTHER ORDERED, and based thereon, as follows:

1. Defendant's Motion to Dismiss is hereby GRANTED.

2. Plaintiff's Complaint is hereby DISMISSED without prejudice to re-file once Plaintiff obtains a final decision from the Appeals Council.

3. This case is CLOSED. All pending motions not otherwise ruled upon are hereby DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of August, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge John J. O'Sullivan
Kirk Ogrosky, AUSA
Thomas Ketcham, Pro Se