**THOMAS O. KETCHAM,** **07/25/00** Dupl Copy
**Plaintiff,**
**v.** T. U.S. ATTY
**KENNETH S. APFEL,**
**Commissioner of Social Security,**
**Defendant.**
00-6189-CV-Moore

FILED BY INTAKE D.C.
AUG 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**BRIEF IN OPPOSITION IN THE FORM OF A MOTION**

I should like to state my great disappointment with this court's decision to dismiss my hearing based solely on the statement of one, I. Passalacqua, Acting Chief Court Case Ptep and Review. (See Attached Item) The attached item is indicating that I did not make my appeal within the allotted time frame and thus this court long longer was in a position to obtain jurisdiction. Please find the enclosed rider dated April 28, 1999 which was entered into the computer located in the Social Security Administrations' office in Delray Beach, Florida. The standard appeal form does not provide enough space, so on several of my appeals, I took the liberty to provide them with a copy of my current complaint so that they could enter the information into the system as well as attaching the letter. This example is marked Exhibit A (attached).

I am amazed that this court did not pick up on the sheer arrogance and contempt that the representative employees of this agency even showed to their own counsel, namely, the U.S. Assistant Attorney Generals' staff. The fact of the matter is that they chose to ignore the summons for my appearance in this court. I should call your attention to the fact that they had sixty (60) days to answer my summons. Their counsel then asked the court for an extended thirty (30) additional days. Finally, as enclosed as marked Exhibit B, their own counsel still had to request an additional fifteen (15) days. This request was made as stated they their own words that they hadn't been provided with the necessary papers.

My main contention for the last thirty one months in my dealings with this Government agency is that, the employees are incapable of making mistakes and are above reproach when the possible event of an error is broached with them. I submit this has been the base reason why I so

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.1
SCANNED

20
1K

**THOMAS O. KETCHAM, 07/25/00**
**Plaintiff,**
**v.**
**KENNETH S. APFEL,**
**Commissioner of Social Security,**
**Defendant.**

vehemently am defending my honor with regards to the way they have devastated my life over the past thirty-one months.

I maintain that it would have been totally ludicrous to have made the alleged 1997 estimate earnings to be $13,500/and or $18,000 which is the crux of this entire case. (Please see Exhibit C). This Exhibit are copies of my Internal Revenue W-2 forms dating to time period PRIOR to my applying for SSA benefits at the time I attained the age of 65. It would be hard to find a reason for me to have ever applied for benefit to begin at the base of $13,500, for as you can see I was earning well over that prior to 1997. I feel that some clerk, entered the firgure of $13,500, which in fact, was the allowed amount to be earned in 1997 without being penalized. I would like to interject here and question, why did this agency allow this overpayment to continue of a period of twelve (12) months? Do they not have any checks and balances? Can they produce any evidence of prove I declared $13,500? When did the $18,000 estimate become effective? How do I, in fact, know that they over-paid me as I have no input into how they calculate one's benefit amount.

I think that the major reason for this giant Federal Agency is to channel senior citizens entitlements and not to harass them. I have been working since I was fourteen years of age, volunteered and served the U.S. Air Force, fifteen months of volunteers service in Korea in the early stages of the police action. I have nothing but disdain the actions this agency has injected into what should be my "Golden Years". I am still fully employed at age 68, soon to be 69 I still pay ample taxes: Federal Income Taxes, FICA as well as Medicare are still being deducted from my salary. Medicare is also being deducted from my Social Security Monthly benefit as well.

**THOMAS O. KETCHAM,** **07/25/00**
**Plaintiff,**
**v.**
**KENNETH S. APFEL,**
**Commissioner of Social Security,**
**Defendant.**

For brevity, I am enclosing a few documents labeled alphabetically to show the court some of the other deceitful mistruths and the manner by which they chose to withhold checks for long periods. Also, the manner they chose to recover the alleged overpayments.

A classic piece of mistruth is the document whereby they stated to a Congressman, no less, that they had already started taking repayment in $30 monthly increments. I challenge them to produce proof of these alleged installments being withheld from my checks. I never had a phone conversation with, one, Ms. Dewitt, Ext. That type of payment program would have been impossible due to the fact that at that time, I was not receiving a check, period.

EXH B

I close for now and strongly urge the court to review the enclosed material, in the process, reconsidering it's grant for dismissal. I believe the evidence you are requesting is as near as the Social Security Administrations own computer system

Most respectfully
Thomas Ketcham

3040 N.W. 68 St.
Ft. Laud. Fl 33309

S.S.# 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

Home phone (954) 970-7120
Work (954) 425-1684

A

APR. 28, 1999

I AM REQUESTING AN APPEAL TO YOUR DECISION MAKING LETTER DATED APRIL WITH REGARD TO MY RE-PAYMENT OF THE ALLEGED OVER-PAYMENT OF DUE TO SUPPOSED ESTIMATED EARNINGS OF 1997 — OF WHICH I CAN PROVE TWO LETTERS — ONE STATING 13,500 THE OTHER STATING 18,000 — WHICH IN REALITY IS LUDICROUS BECAUSE ON APPLYING FOR BENEFITS IN 1995 I DECLARED ESTIMATED 20,000 — VERY FEW PEOPLE GET LESS PAY WITH SENORITY — GENERAL TENDENCY TO EARN MORE — NOT LESS.

AT THIS POINT I AM NOT IN GOOD FINANCIAL STANDING — PROBABLY BECAUSE YOUR AGENCY WITH-HELD MY BENEFITS FOR 1998 MAR - APR - NOV - DEC - 1999 JAN FEB MAR APR. PLUS ALLEGED ARREARS ON MEDICAID PAYMENTS. I AM PREPARED TO REPAY AT THE RATE OF THIRTY DOLLARS PER MONTHS AS PER SUPPOSED PHONE CONVERSATION NOV. 6TH WITH MRS. DEWITT — SUNRISE OFFICE. I AM ALSO REQUESTING YOUR ASSISTANCE TO OBTAIN COUNSEL.

#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

Thomas Fetcher

3040 N.W. 6th ST
FT. LAUD, FL. 33309

EXH B

SOCIAL SECURITY ADMINISTRATION
C19, FT LAUDERDALE DISTRICT OFFICE

3511 North Pine Island Road
Sunrise, FL 33351
TEL 954-741-9712
FAX 954-749-4675

June 15, 1999

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

E. Clay Shaw
1512 East Broward Blvd.
Ft Lauderdale, Fl 33301

PLEASE NOTE

Congressman Shaw:

This is in response to your enquiry on behalf of Mr. Thomas Ketcham. We have reviewed Mr. Ketchem's record and found that we have previously addressed the same issues when he raised them with Congressman Wexler earlier this year. Mr. Ketchem was overpaid due to earning in 1997. He filed a request for a reconsideration of this overpayment in 02/98. This request was denied 11/06/98. We then began partial withholding of the overpayment at the rate of $30.00 per month. He then filed a request for a hearing on 11/13/98 , but withdrew it on 04/29/99.

POINT OF FACT
HEARING WAS HELD BEFORE JUDGE MILLER IN FT. LAUD. ON APR. 20, 1999

He is now asking for an attorney in order to file a civil court case. This is not possible without a hearing decision . We have continued to withhold money to recover his overpayment and it will be fully recovered with the 08/99 check.. Mr. Ketchem has never followed through with the proper appeals, even though we have given him ample opportunity. We have tried to explain this to him but he does not want to hear it. Congressman's Wexler's office has also tried to explain the mater to him without success.

If I can be of further assistance in this matter feel free to contact me.

R. M. [signature] for
Fred Salas,
Field Office Manager

THIS STATEMENT IS AN ABJECT LIE.
IF MR. SALAS WILL SHOW WHERE

ON THE ENCLOSED PAYMENT PRINT OUT.

| IN FACT | | | | |
|---|---|---|---|---|
| 05/99 | MAY | 578.00 | PAID | 382.00 |
| 06/99 | JUNE | 715.00 | PAID | 245.00 |
| 07/99 | JULY | 915.00 | PAID | |
| 08/99 | AUG | ZERO | | 960.50 |
| 09/99 | SEPT. | ? | | 1587.50 |

SEVERE HARDSHIP FINANCIALY CAUSED BY RECOVERY, SUPPOSEDLY FEDERAL LAW ALLOWS 36 MONTHS INTEREST FREE. THAT IS TO SAY IF OVERPAYMENT WAS IN ANY WAY MY FAULT.

EX C

PLEASE NOTE EARNINGS EVEN PRIOR TO MY SIGNING UP AT AGE 65 TO TAKE MY BENEFITS.

HOW IN THE WORLD COULD THEY ACCUSE ME OF ESTIMATING MY 1997 EARNINGS AT A - 13,500.00 B - 18,000.00 WHEN I DECLARED IN 1996 AS 20,000.00

**1995 W-2 Wage and Tax Statement** — Copy For EMPLOYEE'S State, City, or Local Income Tax Return

- 1 Wages, tips, other compensation: 18182.22
- 2 Federal income tax withheld: 2168.82
- 3 Social security wages: 18682.31
- 5 Medicare wages and tips: 18682.31
- 6 Medicare tax withheld: 270.46
- c Employer's name, address and ZIP code: SUN-SENTINEL COMPANY, PAYROLL DEPARTMENT, 200 EAST LAS OLAS BLVD, FT LAUDERDALE, FL 33301, 12001
- b Employer's identification number: 59-1022684
- d Employee's social security number: 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
- 13 See Instrs. for Box 13: D 470.08
- e Employee's name, address and ZIP code: THOMAS O KETCHAM, # 204, 3040 NW 68 ST, FT LAUDERDALE, FL 33309

1995

**1994 W-2 Wage and Tax Statement** — Copy C For EMPLOYEE'S RECORDS

- a Control number: 0000708
- 1 Wages, tips, other compensation: 17346.73
- 2 Federal income tax withheld: 2262.48
- 5 Medicare wages and tips: [illegible]
- 6 Medicare tax withheld: 251.53
- c Employer's name, address: SUN-SENTINEL COMPANY, 200 EAST LAS OLAS BLVD, FT LAUDERDALE, FL 33301, 12001
- b Employer's identification number: 59-1022684
- d Employee's social security number: 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
- e Employee's name: THOMAS O KETCHAM, # 204, 3040 NW 68 ST, FT LAUDERDALE, FL 33309

1994

**W-2 City or Local Filing Copy** — Form W-2, Wage and Tax Statement 1998

Copy 2 to be filed with employee's CITY or LOCAL Income Tax Return.

- 1 Wages, tips, other comp.: 20,332.68
- 2 Federal income tax withheld: 2,216.50
- 3 Social security wages: 21,630.06
- 4 Social security tax withheld: 1,341.06
- 5 Medicare wages and tips: 21,630.06
- 6 Medicare tax withheld: 313.64
- c Employer's name, address, and ZIP code: SUN-SENTINEL COMPANY, 435 NORTH MICHIGAN AVE, CHICAGO, IL 60611
- b Employer's ID number: 59-1022684
- d Employee's SSA number: 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
- 13 See instrs. for Box 13: D 1297.38
- e Employee's name: THOMAS O KETCHAM, 3040 NW 68 ST, FT LAUDERDALE, FL 33309

1998

**1997 W-2 Wage and Tax Statement** — Copy For EMPLOYEE'S State, City, or Local Income Tax Return

- a Control number: 0000383
- 1 Wages, tips, other compensation: 18537.56
- 2 Federal income tax withheld: 1806.24
- 3 Social security wages: 20010.17
- 4 Social security tax withheld: 1240.63
- 5 Medicare wages and tips: 20010.17
- 6 Medicare tax withheld: 290.15
- c Employer's name, address, and ZIP code: SUN-SENTINEL COMPANY, 200 EAST LAS OLAS BLVD, FT LAUDERDALE FL 33301, 12001
- b Employer's identification number: 59-1022684
- d Employee's social security number: 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
- 13 See Instrs. for Box 13: D 1472.61
- 14 Other: PHONE: (312) 222-4317
- e Employee's name, address, and ZIP code: THOMAS O KETCHAM, # 204, 3040 NW 68 ST, FT LAUDERDALE FL 33309

1997

**1996 W-2 Wage and Tax Statement** — Copy For EMPLOYEE'S State, City, or Local Income Tax Return

- a Control number: 0000822
- 1 Wages, tips, other compensation: 18507.88
- 2 Federal income tax withheld: 1689.11
- 3 Social security wages: 19580.93
- 4 Social security tax withheld: 1213.76
- 5 Medicare wages and tips: 19580.93
- 6 Medicare tax withheld: 283.83
- c Employer's name, address, and ZIP code: SUN-SENTINEL COMPANY, 200 EAST LAS OLAS BLVD, FT LAUDERDALE FL 33301, 12001
- b Employer's identification number: 59-1022684
- d Employee's social security number: 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
- 13 See Instrs. for Box 13: D 1053.04
- 14 Other: PHONE: (312) 222-4317
- e Employee's name, address, and ZIP code: THOMAS O KETCHAM, # 204, 3040 NW 68 ST, FT LAUDERDALE FL 33309

1996

**W-2 City or Local Filing Copy** — Form W-2 Wage and Tax Statement 1999

Copy 2 to be filed with employee's CITY or LOCAL Income Tax Return.

- 1 Wages, tips, other comp.: 19542.73
- 2 Federal income tax withheld: 2121.34
- 3 Social security wages: 21664.58
- 4 Social security tax withheld: 1343.20
- 5 Medicare wages and tips: 21664.58
- 6 Medicare tax withheld: 314.14
- c Employer's name, address, and ZIP code: Sun Sentinel, 200 E. Las Olas Blvd, Ft. Lauderdale, FL 33301
- b Employer's ID number: 59-1022684
- d Employee's SSA number: 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
- 13 See Instrs. for Box 13: D 2121.85
- e Employee's name: THOMAS O KETCHAM, # 204, 3040 NW 68 St, Ft Lauderdale, FL 33309

1999

(Keep for your records.) ☐ CORRECTED (if checked)

**96 1099-R** — Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. — Copy C For Recipient's Records

- Payer's name: ...k State Teamsters Conference ... & Retirement Fund ... r Park ... ew York 13501-3096
- 1 Gross distribution: $ 1119.48
- 2a Taxable amount: $
- 2b Taxable amount not determined ☒ Total distribution ☐
- Federal identification: ...585
- RECIPIENT'S identification number: 123/22/5059
- 4 Federal income tax withheld: $ .00
- Recipient's name, street address: ... KETCHAM, ... W 68 STREET, ... APT 204, ...DALE FL 33309

This information is being furnished to the Internal Revenue Service

TEAMSTER PENSION ACCRUED BY 26 YEARS OF EMPLOYMENT WITH RHEINGOLD BREWERIES WHOM CLOSED THEIR DOOR IN 1976 — NOT ONE CENT SEVERANCE PAY.

COULD NOT DRAW UNTIL AGE 67 APROX 1988

STILL RECVE 93.29 PER MON. OR 1,119.48 ANNUALLY

EX E

SOCIAL SECURITY ADMINISTRATION

2276 Wilton Drive
The Shoppes of Wilton Manors
Wilton Manors FL 33305

DOC D

F.Y.I.
I HAD A HEARING BEFORE JUDGE MILLER IN APR. 99 - UPON JUDGE MILLER'S ADVICE I THEN ELECTED TO REPAY EVEN THO NOT MY FAULT.
CHANGED MY MIND ON REPAYMENT METHOD BY MY APPEAL DRY OFFICE BECAUSE OF I.R.S. INTERDICTION

January 21, 2000

Robert Wexler
Member of Congress
2500 N. Military Trail, suite 100
Boca Raton, FL 33431

Re: Thomas O. Ketcham SSN 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

Dear Congressman Wexler:

According to our records, Mr. Ketcham got a denial letter on his reconsideration for the overpayment of 1997 and 1998 because his wages were correct and the fact remains that he earn more that the allowable amount for those years. Back in January 1999 he file for a hearing before the judge and the case was refer to the Office of Hearings and appeals in Ft. Lauderdale where later on in April 1999, Mr. Ketcham decided to withdrew his application, before hearing was held. By him not reversing this decision he lost his appeal rights.

The overpayment has already been collected and there is no balance on record. His estimated wages for 1999 and the year 2000 are of $22,500.00 per year if this information is not correct he can call us and gives the correct figures.

If you have any more questions in this matter, please call our office at (954) 630-3231 extension 7055 and ask for Ms. De Los Reyes.

Sincerely yours,

M. De Los Reyes

Monica De Los Reyes , TA for
Velma T. Blaine, District Manager

EXH B

SOCIAL SECURITY ADMINISTRATION
C19, FT LAUDERDALE DISTRICT OFFICE

3511 North Pine Island Road
Sunrise, FL 33351
TEL 954-741-9712
FAX 954-749-4675

June 15, 1999 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

E. Clay Shaw
1512 East Broward Blvd.
Ft Lauderdale, Fl 33301

PLEASE NOTE

Congressman Shaw:

This is in response to your enquiry on behalf of Mr. Thomas Ketcham. We have reviewed Mr. Ketchem's record and found that we have previously addressed the same issues when he raised them with Congressman Wexler earlier this year. Mr. Ketchem was overpaid due to earning in 1997. He filed a request for a reconsideration of this overpayment in 02/98. This request was denied 11/06/98. We then began partial withholding of the overpayment at the rate of $30.00 per month. He then filed a request for a hearing on 11/13/98 , but withdrew it on 04/29/99.

POINT OF FACT
HEARING WAS HELD BEFORE JUDGE MILLER IN FT. LAUD. ON APR. 20, 1999

He is now asking for an attorney in order to file a civil court case. This is not possible without a hearing decision . We have continued to withhold money to recover his overpayment and it will be fully recovered with the 08/99 check.. Mr. Ketchem has never followed through with the proper appeals, even though we have given him ample opportunity. We have tried to explain this to him but he does not want to hear it. Congressman's Wexler's office has also tried to explain the mater to him without success.

If I can be of further assistance in this matter feel free to contact me.

R. M. Tomasula for
Fred Salas,
Field Office Manager

THIS STATEMENT IS AN ABJECT LIE.
IF MR. SALAS WILL SHOW WHERE
[illegible]



E. <H E

AUG. 11,

RCVD. THIS DOC ON AUG 11, 99 FROM D. R. OFFICE OF SOC. SEC.

IF YOU DO NOT HAVE THE FINANCIAL REQUIREMENTS to obtain a private attorney and if you believe you might qualify for free legal representation, you may wish to contact one of the following organization:

| NAME ADDRESS AND PHONE NUMBER | SERVES CLAIMANTS RESIDING IN |
|---|---|
| Florida Rural Legal Services Inc<br>5700 Lake Worth Rd, Suite 212<br>Lake Worth, FL 33463 (407) 968-4427 | West Palm Beach Area<br>561-968-4427 |
| Florida Rural Legal Services Inc<br>406 SE Avenue "E"<br>Belle Glade, FL 33430 (407) 996-5266 | Belle Glade area |
| Florida Rural Legal Services<br>200 South Indian Dr., Suite 101<br>P.O. Box 4333<br>Ft. Pierce, FL 33448 (407) 466-4766 | Ft. Pierce Area |
| Legal Aid Society of Palm Beach Inc<br>224 Datura St. 3rd Floor<br>W Palm Beach, FL 33401 (407) 655-8944 | Palm Beach County |
| Legal Aid Services of Broward County<br>609 SW First Ave<br>Ft. Lauderdale, FL 33301 (305) 765-8950 | Broward County |
| Nova University, Center For The Study of Law/Civil Law Clinic<br>3100 SW 9th Avenue<br>Ft. Lauderdale, FL 33315 (305) 467-0300 | Broward County<br>Legal Aid |
| MOVED AT LEAST 15 MON. AGO<br>Legal Services of Broward County<br>Copans Square, Bldg A, Ste A2 North<br>1301 Copans Road<br>Pompano Beach, FL 33060 (305) 970-0155 | Broward County<br>765-8950 |

IF YOU WANT TO OBTAIN A PRIVATE ATTORNEY to represent you but have been unable to find one, a private attorney may be obtained by contacting the organizations below.

| | |
|---|---|
| Palm Beach County Bar Association<br>105 S Narcissus Ave, Ste 505<br>West Palm Beach, FL 33401 (407) 659-1537 | Palm Beach County |
| Broward County Bar Association<br>Referral Service, 1051 SE 3rd Ave<br>Ft. Lauderdale, FL 33316 (305) 764-8040 | Broward County |
| Lawyer Referral Service<br>105 S Narcissus Ave, Suite 204<br>West Palm Beach, FL 33401 (407) 655-4355 | West Palm Beach area |

PERS THAT HAND AT THIS A PA AT PER

START → S. T N F J

79

PAPERS TO SHOW MIS-STATEMENTS RE: CLIENT ASKING FOR NON S.S.A. ATTORNEYS - THIS OUT DATED LIST IS OFFERED.

IN AT NOVA STATED THEY HAVE NOT LED S. S. CASES FOR LEAST 1 YEAR

LOCATION HAS BEEN INT WAREHOUSE FOR LEAST 15 MONTHS AS OCCUPANT.

NEW PHONE 765-8950 FT. L.

S.A. IS STILL HANDING OUT HIS STALE FORM LETTER

AUG. 11, 1999

NOV. 26, 1999

FEB. 23, 2000

JUNE 13, [illegible]

EXH F

PLEASE NOTE Appeal 1/30/99

QRY RSDI PAYMENT WORKSHEET PWST

TRANSFER TO: ______ UNIT: PO

NH: 123225059 THOMA KETCHAM BIC: A

| MONTH | BENEFIT PMT (MBP) | PREMIUM WITHHELD | BENEFIT DUE (MBC) | REMITTANCE CREDITED | MEDICARE REMIT CRDT |
|---|---|---|---|---|---|
| 01/1998 | $ 893.00 | $ 43.80 | $ 936.80 | $ 0.00 | $ 0.00 |
| 02/1998 | $ 893.00 | $ 43.80 | $ 0.00 | $ 0.00 | $ 0.00 |
| 03/1998 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 04/1998 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 05/1998 | $ 817.40 | $ 131.40 | $ 948.80 | $ 0.00 | $ 0.00 |
| 06/1998 | $ 905.00 | $ 43.80 | $ 948.80 | $ 0.00 | $ 0.00 |
| 07/1998 | $ 905.00 | $ 43.80 | $ 948.80 | $ 0.00 | $ 0.00 |
| 08/1998 | $ 905.00 | $ 43.80 | $ 948.80 | $ 0.00 | $ 0.00 |
| 09/1998 | $ 905.00 | $ 43.80 | $ 948.80 | $ 0.00 | $ 0.00 |
| 10/1998 | $ 905.00 | $ 43.80 | $ 948.80 | $ 0.00 | $ 0.00 |
| 11/1998 | $ 905.00 | $ 43.80 | $ 948.80 | $ 0.00 | $ 0.00 |
| | $ 905.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12/1998 | $ 0.00 | $ 0.00 | $ 948.80 | $ 0.00 | $ 0.00 |
| TOTAL | $ 8938.40 | $ 481.80 | $ 8527.20 | $ 0.00 | $ 0.00 |

10 CKS

QRY RSDI PAYMENT WORKSHEET PWST

TRANSFER TO: ______ UNIT: PO

NH: 123225059 THOMA KETCHAM BIC: A

| MONTH | BENEFIT PMT (MBP) | PREMIUM WITHHELD | BENEFIT DUE (MBC) | REMITTANCE CREDITED | MEDICARE REMIT CRDT |
|---|---|---|---|---|---|
| 01/1999 | $ 0.00 | $ 0.00 | $ 960.50 | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 43.80 | $ 0.00 | $ 0.00 | $ 0.00 |
| 02/1999 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 03/1999 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 04/1999 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL | $ 0.00 | $ 43.80 | $ 960.50 | $ 0.00 | $ 0.00 |

NO EDB DATE MATCH FOR REQ PERIOD

AT ONE POINT WITH-HELD 5 CHECKS

THIS IS TO POINT OUT HOW CALLOUSLY CHECKS WERE WITH-HELD. WHEN ONE IS EXPECTING A MONTHLY BENEFIT CHECK WHICH THEY ARE ENTITLED TO, IT IS VERY DIFFICULT TO BUDGET ONE'S LIFE STYLE. S.S.A. SHOULD BE IN THE POSITION TO SUBJECT BENEFICIARY TO SUCH TREATMENT

31655

**Social Security Ad... ...nistration**
**Retirement, Survivors and Disability Insurance**
Important Information

EX H G

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date: July 5, 1999
Claim Number: 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 A

THOMAS O KETCHAM
3040 NW 68TH ST
APT 204
FT LAUDERDALE FL 33309-1360

S.S.A. CHOSE TO IGNORE MY REQUEST TO ACCEPT RE-PAYMENT IN A MORE REASONABLE TERMS. I THINK THEY ARE IN VIOLATION OF LAW BY TAKING SUCH A LUMP SUM IN SUCH A SHORT PERIOD

Below is the new repayment withholding schedule we will use to collect the Social Security benefits paid in error:

| Month(s) | Amount you will receive | Amount withheld | Balance you owe |
|---|---|---|---|
| 07/99 | $0.00 | $960.50 | $783.40 |
| 08/99 | $177.10 | $783.40 | $0.00 |
| 09/99 | $960.50 | $0.00 | $0.00 |

If you owe Medicare premiums, they may be deducted from the amount shown under the heading "Amount you will receive."

**What We Will Pay And When**

You will receive $177.10 for August 1999 in September 1999.

After that you will receive your full regular monthly payment.

**If You Have Any Questions**

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 954-748-3967. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3511 N PINE ISLAND RD
SUNRISE FL 33351

THIS IS HOW THEY TOOK REPARATION IN SPITE OF MY REQUEST FOR ~~MIN.~~ PAYMENTS

C

See Next Page

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

THOMAS O. KETCHAM,

Plaintiff,

v.

KENNETH S. APFEL,
Commissioner of
Social Security,

Defendant.

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

The defendant, Kenneth S. Apfel, Commissioner of Social Security, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, respectfully moves this Court for a fifteen (15) day enlargement of time, up to and including June 6, 2000, in which to answer Plaintiff's Complaint. In support of this motion, defendant submits the following:

1) Defendant's answer to Plaintiff's Complaint is due before the Court on May 23, 2000.

2) The defendant states that additional time is needed to prepare this answer.

3) A fifteen (15) day enlargement of time is being requested due to the fact that the Defendant needs time in which to collect the record in order to prepare the brief. Undersigned counsel for defendant has not received the transcript of record from the Social Security Administration that is relevant and necessary to respond to the Motion. The Assistant United States

FYI: IT SEEMS THAT S.S.A. HAS IGNORED THE SUMMONS - EVEN TO IGNORE THEIR OWN COUNSEL AS THEY STILL HAVEN'T PROVIDED U.S. ATTY. WITH PAPERWORK UP TO THIS DATE

Attorney generally relies upon the Social Security Administration to provide the information necessary to properly determine the Commissioner's position..

4) The defendant does not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice plaintiff.

5) **The defendant has not been able to contact the plaintiff.**

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this motion be granted.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: ______________________

KIRK OGROSKY
Assistant U.S. Attorney
Court No. A5500479
United States Attorney's Office
99 NE 4th Street, Third Floor
Miami, Florida 33132
Tel: (305) 961-9401
Fax: (305) 530-7139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6189-CIV-MOORE/O'SULLIVAN

THOMAS O. KETCHAM,

Plaintiff,

v.

KENNETH S. APFEL,
Commissioner of
Social Security,

Defendant.

**ORDER**

THIS CAUSE came before the Court upon Defendant's Motion for Enlargement of Time requesting until June 6, 2000, to file the Answer to the Complaint.

The Court having read and considered the Motion, and being otherwise fully apprized in the matter, hereby GRANTS Defendant's motion. Defendant shall have fifteen (15) days, up to and including June 6, 2000, to file their Answer to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Miami, Florida this _______ day of May, 2000.

UNITED STATES MAGISTRATE JUDGE

cc: Kirk Ogrosky, AUSA
Thomas D. Ketcham

EXH I

(1) ACCUSED 2 98 LETTER OV-PD
RE EST 13,500/18000 1997

NOTIFIED INCR. BNFT 2/6/98 LETTER
FILED APPEAL - MON 2/9/98 TOLD
NO RECOVERY ACTION PEND. APPEAL

MAR. PAY WITH-HELD (ALTHO FOR
RIGHT REASON) RESULT MY RIGHT
TO AVOICE THRU COM. W.

MANY COMMUNICATIONS - NO AVAIL

NOV. 9 - MEET TURTLETAUB SUNRISE
ACC. THIEF RE USING DIR. DEPOSIT

AGREED 200 MO IF AFTER HEARING
(TOLD BY P.C. OPER PHONE AGREEMENT,
MS. ______ REPAY 60 MON. (NEVER HAPPENED)

HEARING 11/20/99 - AN EST. IS AN EST IS EST
RE-AGREED 200 MON
MAR-02 I.R.S. RULING RE: REFUND VOID
OWE 44 - FINALLY IIV REFUND

---

FILED NEW APPEAL - REQUEST MIN
PYMT 60 MO - 36 MO INT. FREE
AS PER STATEMENT P.C. OPER DELRAY

---

LIES (MIS-TRUTHS)

(1) NEVER STATED 1350/18-

(2) HEARING HAPPENED/DENIED BY J.S.A.
AS PER LETTER OF ______

(3) GROSS MIS. STATE RE: HELPFUL
LAWYERS - 3 DIFF PAPERS AS
RECENT AS FEB 2000

COMMENTS
PERTINENT
TO
CASE

EXH J.

F.Y.I. I CAN FULLY DOCUMENT THAT FEDERAL GOVT. AGENCIES DO MAKE MISTAKES

PERFECT EXAMPLE OF A GOVT. AGY. MAKING A FABULOUS ERROR. FEB. 2000 U.S. CENSUS BUREAU MAILS CITIZENS A LETTER 120 MILL ON-ADDRESSES-ALL-WRONG

EXH K

APR. 24 -00

CLERK OF COURT
S. DIST. FL. CASE 0-6189

I HAVE RECIEVED A NOTICE FROM THE COURT WHEREBY THE DEFENDANT HAS ASKED FOR AND BEEN GRANTED A CONTINUANCE UNTIL MAY 23, 2000. I SHOULD LIKE TO CALL TO THE COURTS ATTENTION THAT THEY CHOSE TO IGNORE THE TIME FRAME SET IN THE FILING OF THIS CASE. THERE IS ALREADY A 60 DAY PROVISION EXTENDED TO GOVERNMENT ENTITIES, UNLIKE THE 20 DAYS THAT CIVILIANS ARE ALLOWED, SO I FEEL THAT THERE IS NO JUSTIFICATION IN ALLOWING THE EXTENSION. I SHOULD LIKE TO STATE TO THE COURT THAT THE CAUSE OF MY ARGUEMENT OF THE MIS-HANDLING OF A RELATIVELY SIMPLE MATTER HAS BEEN ON-GOING BY THE SOCIAL SECURITY ADM. FOR THE LAST TWENTY SIX MONTHS. ALSO REGARDING JUSTICE DEPT NOT BEING ABLE TO CONTACT ME AS PER #5 PAGE 2 OF THE EXTENSION MOTION. I SHOULD LIKE TO CALL THE COURTS ATTENTION TO THE ENCLOSED LETTER FROM THEM ON MY LAST MOTION. I PHONED ON APR. 11TH AROUND 3 P.M. AND TALKED TO A MS. LINDA SHERAN. I GAVE HER MY SOCIAL SECURITY NUMBER – PHONE NUMBER + BEEPER NUMBER I EVEN ASKED HER READ THEM BACK TO ME FOR ACCURACY WHICH SHE DID. THE COURT HAS A COPY OF THIS LETTER. I CANNOT UNDERSTAND HOW THEY CAN STATE THAT THEY CAN'T REACH ME. I CANNOT SEE WHERE THERE IS ANY JUSTIFICATION IN THERE NEEDING MORE TIME. THEY RECIEVED SUMMONS ON FEB. 9, 10, + 15TH RESPECTIVELY AS PER CERTIFIED MAIL RECIEPTS. THANK YOU.

Most respectfully
Thomas O. Ketcham

HOME (954) 970-7120

BEEPER (954) 767-7939



Z 332 103 808

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | Soc. Sec. Adm. |
| Street & Number | 1 Jamaica Ctr Plaza |
| Post Office, State, & ZIP Code | Jamaica N.Y. 11432-3898 |
| Postage | $0.33 |
| Certified Fee | $1.40 |
| Special Delivery Fee | $0.00 |
| Restricted Delivery Fee | $0.00 |
| Return Receipt Showing to Whom & Date Delivered | $1.25 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | $0.00 |
| TOTAL Postage & Fees | $ $2.98 |
| Postmark or Date | BOCA RATON, FL DOWNTOWN JAN 21 |

PS Form 3800, April 1995

HEREWITH IS MY 2ND ESTIMATED EARNINGS (U.S. MAIL CERT. RET'D) ENCLOSED. WHEREBY I STATED THAT I DID NOT WANT THEM TO HAVE CUSTODY OF MY MONEY EVEN TO THE POINT WHERE I WOULD FORCIBLY RETIRE OR TAKE A LEAVE OF ABSENCE UPON ATTAINING 17,000 AS ALLOWED. THEY IGNORED MY REQUEST AND WITH-HELD TWO MONTHS BENEFITS THIS YEAR (2000) THEY HAVE SINCE RE-IMBURSED ME UPON REPEAL OF THE JURD LAW THAT SHOULD HAVE NEVER BEEN IN EFFECT.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Soc. Sec. Adm.
1 Jamaica Ctr. Pl.
Jamaica N.Y.
11432-3898

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Humphrey
B. Date of Delivery 1/27/00
C. Signature X B Humphrey ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) Z 332 103 808

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

POINT OF FACK
CONGRESS VOTE TO REPEAL 422-0
SENATE VOTE " " 100-0
ONE CAN READILY SEE THE ABSURDITY OF THE SO CALLED ONE FOR THREE PENALTY LAW.

EXH. ACCOUNT 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

JAN. 21, 2000

TO WHOM IT MAY CONCERN,

UPON RECEIPT OF YOUR LETTER OF 1/14 WHEREBY YOU ACCUSE ME OF BEING ABLE TO SUPERVISE THE DELIVERY OF THE U.S. POSTAL SERVICE WITH REGARD TO THE DELIVERY OF MY ESTIMATED EARNINGS FOR THE YEAR 2000. PLEASE BE AWARE THAT I MAILED IT IN ON DEC. 9, 1999 AT THE BOCA RATON POST OFFICE LOCAL DROP. I AM TAKING THE INCONVENIENCE AND COST TO MAKE SURE THAT YOUR INEPT AGENCY IS APPRISED THAT I AM ANTICIPATING ONLY THE ALLOWED AMOUNT OF $17,000 (SEVENTEEN) BY YOUR ANTIQUATED FORMULA. I INTEND TO TAKE A LEAVE OF ABSENCE (AT GREAT RISK OF LOSING MY JOB) OR BE FORCED TO RETIRE. I TRUST YOU WILL NOT TRY TO FORCE ANY FURTHER FINANCIAL HARDSHIP BY WITH-HOLDING ANY OF MY DUE BENEFIT CHECKS. I ALSO HOPE YOU WILL RETURN MY OVERAGE THAT YOU WITH-HELD FOR 1999 IN A MORE EXPEDITIOUS MANNER THAN YOU USUALLY DO.

WITH VERY LITTLE RESPECT

Thomas O. Ketcham

40 N.W. 65 ST
LAUD. FL. 33309