IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6189-CIV-MOORE

THOMAS O. KETCHAM,

    Plaintiff,

vs.                     **ORDER**

KENNETH S. APFEL,

    Defendant.
_____/

FILED by _____ D.C.
SEP 5 2000
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon Plaintiff's Motion for Reconsideration (DE # 20).

UPON CONSIDERATION of the Motion, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion be, and the same is, hereby DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
Kirk Ogrosky, AUSA
Thomas Ketcham, Pro Se